IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALFRED L. MARSHALL, III,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>    Defendant. | 1:13CV130 |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 10, 2015, was served on the parties in this action. Plaintiff filed objections to the Recommendation [Doc. # 21], and Defendant responded [Doc. # 22]. The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for Judgment on the Pleadings [Doc. # 16] is GRANTED and Plaintiff's Motion for Judgment [Doc. # 12] is DENIED. A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                                                  /s/ James A. Beaty
                                                                        United States District Judge

Date: July 20, 2015